IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KENNETH REVEN McCLAIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:09-CV-1721-M-BH |
| | § | |
| WILL BUESCHEL, and | § | |
| UNITED STATES, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, & Recommendation of the United States Magistrate Judge on *Defendant United States' Motion to Dismiss and Memorandum in Support*, filed November 30, 2009. No objections were filed, but Plaintiff filed a Motion to Remand the state claims. The District Court reviewed the proposed Findings, Conclusions, & Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, & Recommendation of the United States Magistrate Judge.

*Defendant United States' Motion to Dismiss*, filed November 30, 2009, is **GRANTED**. There being no remaining federal claims, Plaintiff's remaining claims are remanded to the County Court at Law No. 2 of Dallas County, Texas.

SIGNED this 2nd day of March, 2010.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS